Michael A. Rollin (State Bar No. 251557)
REILLY POZNER LLP
10833 Wilshire Boulevard, Unit 604
Los Angeles, California 90024
Telephone: (310) 425-0922
Facsimile: (303) 893-6110
mrollin@rplaw.com

Daniel M. Reilly (*To Be Filed*)
Matthew D. Spohn (*To Be Filed*)
REILLY POZNER LLP
511 Sixteenth Street, Suite 700
Denver, Colorado 80202
dreilly@rplaw.com
mspohn@rplaw.com

Attorneys for Plaintiff LEHMAN BROTHERS HOLDINGS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA--EASTERN DIVISION

CV 09 - 04555 DSF (SSx)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM MORTGAGE CORP. DBA MILLENNIUM MORTGAGE CAPITAL COMPANY<br><br>Defendant. | CASE NO. _____<br><br>**COMPLAINT** |

Plaintiff Lehman Brothers Holdings, Inc. ("LBHI") invokes this court's jurisdiction pursuant to 28 U.S.C. § 1332 given the complete diversity of citizenship between the plaintiff and defendant. LBHI, by and through its undersigned attorneys, and for its causes of action against Defendant Millennium Mortgage Corp. dba Millennium Mortgage Capital Company ("Millennium"), states and alleges as follows:

## NATURE OF ACTION

1. From 2001 until 2008, Lehman Brothers Bank, FSB ("LBB," and collectively with LBHI, "Lehman") purchased mortgage loans from Millennium pursuant to a series of written contracts. LBB subsequently assigned its rights under those contracts to LBHI. With respect to certain of these mortgage loans, Millennium breached representations, warranties and covenants and other provisions of the contracts. By this action, LBHI seeks to recover money damages caused by Millennium's failure or refusal to repurchase certain of these mortgage loans or to provide indemnity for losses sustained on those loans.

## PARTIES

2. LBHI is a Delaware corporation with its principal place of business in New York.

3. Millennium is a California corporation with its principal place of business in Palm Desert, California.

## JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff LBHI and Defendant Millennium, and the amount in controversy exceeds $75,000, exclusive of interests and costs.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Millennium resides in Palm Desert, Riverside County, California.

## FACTUAL ALLEGATIONS

6. Lehman engages in the purchase and sale of mortgage loans.

7. Millennium engages in mortgage lending, as well as the sale of mortgage loans in the secondary market to investors such as Lehman.

8. Between August 2001 and March 2006, Millennium entered into several written Loan Purchase Agreements with LBB, including the Loan Purchase Agreement (Servicing Released Transactions) dated August 13, 2001, the Loan

COMPLAINT

293387

1  Purchase Agreement (Servicing Released Transactions) dated July 7, 2004 and the
2  Loan Purchase Agreement (Bulk Purchase/Servicing Released Transactions) dated
3  March 2, 2006 (the "Agreements"). The Agreements specifically incorporate the
4  terms and conditions of the Seller's Guide of Lehman's agent Aurora Loan Services
5  LLC ("Aurora"), which sets forth additional duties and obligations of Millennium.
6      9.   Each of the Agreements and the Seller's Guide sets forth the duties
7  and obligations of the parties with respect to the purchase and sale of mortgage
8  loans, including but not limited to purchase price, delivery and conveyance of the
9  mortgage loans and mortgage loan documents, examination of mortgage loan files
10 and underwriting, representations and warranties concerning the parties and
11 individual mortgage loans purchased or sold, and remedies for breach.
12     10.  Millennium sold a number of mortgage loans to Lehman under the
13 Agreements and Seller's Guide, including the loans numbered 1 through 8 on
14 **Exhibit A**, attached hereto and incorporated by reference herein.
15     11.  Subsequent to such sales, LBB assigned all of its rights and remedies
16 under the Agreements and Seller's Guide to LBHI.

## Representations, Warranties and Covenants

17
18     12.  With respect to each of the loans sold to Lehman under the
19 Agreements and Seller's Guide, Millennium made a number of representations,
20 warranties and covenants concerning the mortgage loans including with respect to,
21 without limitation:
22         (a)   the validity of all mortgage loan documentation;
23         (b)   the accuracy and integrity of all information and documentation
24 regarding borrower identity, income, employment, credit, assets, and
25 liabilities used in making the decision to originate the mortgage loans;
26         (c)   occupancy by the borrower of the property securing the
27 mortgage loan;
28         (d)   the ownership, nature, condition, and value of the real property

3

COMPLAINT

293387

securing the respective mortgage loans; and

(e) the conformance of the mortgage loans with applicable underwriting guidelines and loan program requirements.

13. Millennium also represented and/or warranted that no error, omission, misrepresentation, negligence, fraud, or similar occurrence took place with respect to the mortgage loans by any person involved in the origination of the mortgage loans, and that no predatory or deceptive lending practices were used in the origination of the mortgage loans.

14. With respect to itself, Millennium represented and/or warranted that it has the ability to perform its obligations under, and satisfy all requirements of, the Agreements and Seller's Guide.

15. With respect to certain mortgage loans purchased from Millennium, Lehman discovered material problems with those loans and that Millennium had breached representations, warranties and/or covenants under the Agreements and Seller's Guide concerning the mortgage loans, including but not limited to those set forth in paragraphs 12 and 13 above.

16. More specifically, with respect to the loan numbered 1 on **Exhibit A**, attached hereto and incorporated by reference herein, Millennium breached one or more of the representations, warranties and/or covenants under the Agreements and Seller's Guide.

17. LBHI, through its agent, provided Millennium with written notice concerning Millennium's various breaches of the representations and warranties with respect to the loan referenced in paragraph 16 above.

18. The Agreements and Seller's Guide provide that in the event of a breach of the representations, warranties, and/or covenants, LBHI or its agent may demand that Millennium repurchase the loan and Millennium shall repurchase the loan at a certain repurchase price. LBHI, through its agent, has demanded that Millennium repurchase the mortgage loan referenced in paragraph 16 above at the

specified repurchase price.

19. Millennium has refused, and continues to refuse, to repurchase the mortgage loan or otherwise comply with its obligations under the Agreements and Seller's Guide with respect to the loan referenced in paragraph 16 above.

### Early Payment Defaults

20. The Agreements and Seller's Guide further specify that LBHI or its agent may demand that Millennium repurchase, and that Millennium shall repurchase mortgage loans that become Early Payment Defaults.

21. A loan becomes an Early Payment Default under the Agreements and Seller's Guide in one of two ways. For loans prior-approved by the purchaser, the loan becomes an Early Payment Default if the borrower fails to make the first monthly payment due within 30 days of the payment's due date. For loans purchased pursuant to the seller's delegated underwriting authority, eligible for delegated underwriting, or purchased in bulk transactions, the loan becomes an Early Payment Default if the borrower fails to make the first or second monthly payment due within 30 days of each such monthly payment's respective due date. Millennium received delegated underwriting authority before it sold the loans in question.

22. Certain loans that Lehman purchased from Millennium became Early Payment Defaults. More specifically, with respect to the loans numbered 2 through 8 on **Exhibit A**, attached hereto and incorporated by reference herein, the borrower failed to make the first and/or second payment within 30 days of the due dates for those payments.

23. LBHI, through its agent, provided Millennium with written notice concerning the fact that the loans referenced in paragraph 22 above became Early Payment Defaults and demanded that Millennium repurchase those mortgage loans.

24. Millennium has refused, and continues to refuse, to repurchase the mortgage loans or otherwise comply with its obligations under the Agreements and

Seller's Guide with respect to the loans referenced in paragraph 22 above.

## FIRST CLAIM FOR RELIEF

(Breach of Contract – Damages)

25. LHBI hereby repeats and realleges the above allegations of this Complaint as if fully set forth herein.

26. Each of the Agreements and Seller's Guide is a valid and enforceable contract that is binding upon Millennium.

27. Lehman, Lehman's agents and any and all assignees of Lehman's rights have substantially performed all of their obligations under the Agreements and Seller's Guide.

28. As set forth herein, Millennium has breached the respective Agreements and Seller's Guide by (a) breaching the representations, warranties, and/or covenants, (b) refusing or otherwise failing to repurchase the mortgage loans affected by the breached representations, warranties, and/or covenants, and/or refusing to indemnify Lehman, and (c) refusing or otherwise failing to repurchase the mortgage loans that have become Early Payment Defaults.

29. With regard to the mortgage loans that Millennium has failed to repurchase and/or indemnify, Millennium's breaches of the Agreements and Seller's Guide resulted in actual and consequential damages in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF

(Breach of Express Warranty)

30. LHBI hereby repeats and realleges the above allegations of this Complaint as if fully set forth herein.

31. The Agreements and the Seller's Guide constitute valid and enforceable contracts that are binding upon Millennium.

32. With regard to each of the mortgage loans sold to Lehman under the Agreements and Seller's Guide, Millennium made a number of express warranties

with respect to material facts concerning the loans as set forth in paragraphs 12 and 13 above.

33. The express warranties contained in the Agreements and Seller's Guide were part of the basis of the bargain between Lehman and Millennium.

34. Millennium breached such express warranties for the loan numbered 1 on **Exhibit A**, attached hereto and incorporated by reference herein.

35. LBHI, through its agent, provided Millennium with timely written notice concerning Millennium's breaches of the express warranties.

36. Millennium refused or failed to take adequate steps to remedy or to compensate Lehman for Millennium's breaches of the express warranties.

## PRAYER FOR RELIEF

WHEREFORE, LBHI respectfully requests that this Court enter judgment in their favor and against Millennium, as follows:

(a) For all damages arising from or relating to Millennium's breaches of contract and express warranty, in an amount to be proved at trial;

(b) For an Order of this Court declaring that Millennium is required to compensate LHBI immediately for all actual and consequential damages resulting from Millennium's breaches of the representations and/or warranties and Early Payment Default provisions of the Agreements and Seller's Guide.

(c) For recoverable prejudgment and postjudgment interest;

(d) For the costs and expenses of suit incurred by LBHI herein, including attorneys fees and costs and expert witness fees, as provided in the parties' Agreement; and

(e) For such other relief as this Court deems just and proper.

| | | |
|---|---|---|
| 1 | DATED: June 24, 2009. | REILLY POZNER LLP |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | Michael A. Rollin (251557)<br>Daniel M. Reilly |
| 5 | | Matthew D. Spohn<br>Attorneys for Plaintiff LEHMAN<br>BROTHERS HOLDINGS, INC. |

8

COMPLAINT

293387

## EXHIBIT A

| No. | Loan No. | Claim Reason |
|---|---|---|
| 1 | ******0546 | MISREP - OCCUPANCY |
| 2 | ******3186 | EARLY PAYMENT DEFAULT |
| 3 | ******4691 | EARLY PAYMENT DEFAULT |
| 4 | ******2330 | EARLY PAYMENT DEFAULT |
| 5 | ******0415 | EARLY PAYMENT DEFAULT |
| 6 | ******2547 | EARLY PAYMENT DEFAULT |
| 7 | ******8476 | EARLY PAYMENT DEFAULT |
| 8 | ******2676 | EARLY PAYMENT DEFAULT |

Michael A. Rollin
REILLY POZNER LP
10833 Wilshire Blvd., Unit 604
Los Angeles, CA 90024
Phone: 310-425-0922
Fax: 303-893-6110

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| LEHMAN BROTHERS HOLDINGS, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 09 - 04555 DSF (SSX) |
| v. | |
| MILLENNIUM MORTGAGE CORP. DBA MILLENIUM MORTGAGE CAPITAL COMPANY | |
| | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): <u>MILLENNIUM MORTGAGE CORP.</u>

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>REILLY, POZNER LLP</u>, whose address is <u>10833 WILSHIRE BLVD., UNIT 604, LOS ANGELES, CA 90024</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

Clerk, U.S. District Court

JUN 24 2009

Dated: _____    By: __L. MURRAY_____
                                       Deputy Clerk
                                       (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
LEHMAN BROTHERS HOLDINGS, INC.

**DEFENDANTS**
MILLENNIUM MORTGAGE CORP. d/b/a MILLENNIUM MORTGAGE CAPITAL COMPANY

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Reilly Pozner LLP
10833 Wilshire Boulevard, Unit 604
Los Angeles, California 90024   Telephone: 310-425-0922

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §1332

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| | | | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | | | | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

CV 09 - 04555 DSF (SSx)

**FOR OFFICE USE ONLY:** Case Number: 09 CV 00___

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

JUN 24 2009

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): 09 CV 00242

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Lehman Bros. Holdings -- New York County |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Millenium Mortgage Corp. -- Riverside County |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside County |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_    Date 6/24/2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |